# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 9, 2023

Lyle W. Cayce
Clerk

————————

No. 21-60802

————————

EILEEN N. SHAFFER, *Chapter 7 Trustee for the Bankruptcy Estate of Debtors Danny & Judy Hall*,

*Plaintiff—Appellee*,

*versus*

PRIORITYONE BANK,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:15-CV-304

———————————————————————

Before DAVIS, ELROD, and HAYNES, *Circuit Judges.*

PER CURIAM:[*]

Acting as trustee of a bankruptcy estate, Eileen Shaffer received a favorable arbitration award against PriorityOne Bank. The Bank sought to vacate that award in the district court, arguing that the arbitrator had a conflict of interest. The district court held that even though the arbitrator *did* have a conflict, the Bank had constructive knowledge of that conflict and

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 21-60802

therefore had waived any ability to challenge the award on that ground. Having considered the briefing, oral argument, and relevant portions of the record, we conclude that the district court did not commit a reversible error. AFFIRMED.